# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Raymond Demarcus Poole | ) <br>) Case No: 5:21-cr-35-KDB-DCK-1 <br>) <br>) USM No: 04316-007 <br>) |
| Date of Original Judgment: 05/16/2022 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br>) Joshua Carpenter/Myra Cause <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  39  months **is reduced to**  32 months .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/16/2022  shall remain in effect.
**IT IS SO ORDERED**.

Signed: January 2, 2024

*Kenneth D. Bell*
Kenneth D. Bell
United States District Judge

Effective Date:  February 1, 2024  　　　　　Kenneth D. Bell
*(if different from order date)* 　　　　　*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Raymond Demarcus Poole
CASE NUMBER:  5:21-cr-35-KDB-DCK-1
DISTRICT:  Western District of North Carolina

### I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Total Offense Level: | 17 | Amended Total Offense Level: | 17 |
| Criminal History Category: | IV | Criminal History Category: | III |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months |

### II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III.  FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

For the reasons stated in the motion. (Doc. No. 32).